FILED
CLERK, U.S. DISTRICT COURT

January 28, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:        DATE:      DEPUTY CLERK:
Plaintiff  1/28/15    klh

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WILLARD,<br><br>              Plaintiff,<br><br>  vs.<br><br>J. SEBOK, et al.,<br><br>              Defendants. | Case No. CV 13-2251-MMM (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) the defendants' Motion for Summary Judgment is denied; and (2) defendants shall file an Answer to the Second Amended Complaint within twenty-one (21) days; and (3) if they wish to have their failure to exhaust defense adjudicated at this juncture of the proceedings, defendants

shall file concurrently with the Answer a motion requesting an evidentiary hearing to decide the disputed factual issues relevant to the exhaustion issue.[1]

DATED: January 23, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

[1] Any such request for an evidentiary hearing also should address the logistics of transporting plaintiff to federal court for purposes of the evidentiary hearing.

2