# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA WILLARD,<br><br>        Plaintiff,<br><br>    v.<br><br>J. SEBOK, et al.,<br><br>        Defendants. | Case No. CV 13-02251-SJO (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendants have filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Defendants have objected. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS ORDERED that Defendants' Motion for Summary Judgment is DENIED.

May 1, 2016.

DATED: _____

                                                  *S. James Otero*
                                        S. JAMES OTERO
                       UNITED STATES DISTRICT JUDGE